B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Oregon

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Oregon Contractors Workers Compensation Trust, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 91-1797710 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 5320 SW Macadam Ave #100<br>Portland, OR | |
| ZIP Code **97239** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Multnomah | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| Attn: Jim Elledge<br>1750 Creekside Oaks Dr #200<br>Sacramento, CA | |
| ZIP Code **95833** | ZIP Code |

| Location of Principal Assets of Business Debtor (if different from street address above): | 1750 Creekside Oaks Dr #200<br>Sacramento, CA 95833 |
|---|---|

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Oregon Contractors Workers Compensation Trust, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Oregon Contractors Workers Compensation Trust, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Albert N. Kennedy**<br>Signature of Attorney for Debtor(s)<br><br>**Albert N. Kennedy OSB#82142**<br>Printed Name of Attorney for Debtor(s)<br><br>**Tonkon Torp LLP**<br>Firm Name<br><br>**1600 Pioneer Tower**<br>**888 SW Fifth Ave**<br>**Portland, OR 97204-2099**<br>Address<br><br>**503-221-1440  Fax: 503-274-8779**<br>Telephone Number<br><br>**January 3, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Rob Yorke**<br>Signature of Authorized Individual<br><br>**Rob Yorke**<br>Printed Name of Authorized Individual<br><br>**Board President**<br>Title of Authorized Individual<br><br>**January 3, 2011**<br>Date |

| | |
|---|---|
| 1 | **Albert N. Kennedy**, OSB No. 82142 (Lead Attorney) |
| | Direct Dial: (503) 802-2013 |
| 2 | Facsimile: (503) 972-3713 |
| | E-Mail: al@tonkon.com |
| 3 | **Michael W. Fletcher**, OSB No. 010448 |
| | Direct Dial: (503) 802-2169 |
| 4 | Facsimile: (503) 972-3869 |
| | E-Mail: michael.fletcher@tonkon.com |
| 5 | **TONKON TORP** LLP |
| | 1600 Pioneer Tower |
| 6 | 888 S.W. Fifth Avenue |
| | Portland, OR 97204 |

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Oregon Contractors Workers Compensation Trust,<br><br>Debtor. | Case No.<br><br>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)** |

   Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

   1. Tonkon has been engaged by Debtor herein to act as its general bankruptcy counsel in this case.

   2. In the twelve months prior to the filing of this Chapter 11 case, Tonkon Torp received payments totaling $32,579.50 for prepetition fees, costs, and expenses, which includes the bankruptcy filing fee of $1,039.00. In addition, Tonkon Torp holds a $17,420.50 retainer in its trust account. The source of the retainer was the Debtor.

   3. The filing fee for commencing this Chapter 11 case is being paid in full.

**Page 1 of 2** - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)

1    4.   The source of payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from the Debtor.

   5.   Tonkon has not shared or agreed to share with any person, other than its members, any compensation paid or to be paid.

DATED: January 3, 2011.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
Albert N. Kennedy, OSB No. 82142
Michael W. Fletcher, OSB No. 01044
Attorneys for Debtor

035636/00001/2644063v1

Page 2 of 2 -  DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Oregon Contractors Workers Compensation Trust, Inc.**                Case No.
                                                                   Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **George Bezates**<br>**26060 SW Canyon Cr Rd 101**<br>**Wilsonville, OR 97070** | **Jim Elledge, Bickmore Risk Services**<br>**George Bezates**<br>**26060 SW Canyon Cr Rd 101**<br>**Wilsonville, OR 97070**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **150,858.19** |
| **Stephen Guilland**<br>**4036 SE 112th Ave**<br>**Portland, OR 97266** | **Jim Elledge, Bickmore Risk Services**<br>**Stephen Guilland**<br>**4036 SE 112th Ave**<br>**Portland, OR 97266**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **112,451.71** |
| **Benjamin M Ensley**<br>**129 Bond Ave**<br>**Castle Rock, WA 98611** | **Jim Elledge, Bickmore Risk Services**<br>**Benjamin M Ensley**<br>**129 Bond Ave**<br>**Castle Rock, WA 98611**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **92,339.80** |
| **Justin Kuebler**<br>**1035 SW Bentloop**<br>**Powell Butte, OR 97753** | **Jim Elledge, Bickmore Risk Services**<br>**Justin Kuebler**<br>**1035 SW Bentloop**<br>**Powell Butte, OR 97753**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **75,535.76** |
| **William Altman**<br>**865 Augestine Ave**<br>**Coose Bay, OR 97520** | **Jim Elledge, Bickmore Risk Services**<br>**William Altman**<br>**865 Augestine Ave**<br>**Coose Bay, OR 97520**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **65,996.64** |
| **Rick J Williams**<br>**6394 Jaymar Dr NE**<br>**Keizer, OR 97303** | **Jim Elledge, Bickmore Risk Services**<br>**Rick J Williams**<br>**6394 Jaymar Dr NE**<br>**Keizer, OR 97303**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **63,765.15** |
| **Jerry L Tanner**<br>**21599 Delores Way NE #138**<br>**Aurora, OR 97002** | **Jim Elledge, Bickmore Risk Services**<br>**Jerry L Tanner**<br>**21599 Delores Way NE #138**<br>**Aurora, OR 97002**<br>**(916) 244-1124** | **Covered workers compensation claim** | | **63,300.96** |

B4 (Official Form 4) (12/07) - Cont.

In re **Oregon Contractors Workers Compensation Trust, Inc.**　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Travis Flanagan**<br>14455 Woodburn Monitor Rd NE<br>Woodburn, OR 97071 | **Jim Elledge, Bickmore Risk Services**<br>Travis Flanagan<br>14455 Woodburn Monitor Rd NE<br>Woodburn, OR 97071<br>(916) 244-1124 | **Covered workers compensation claim** | | **60,694.04** |
| **Steve Naeve**<br>17332 Keassy Rd<br>Vernonia, OR 97064 | **Jim Elledge, Bickmore Risk Services**<br>Steve Naeve<br>17332 Keassy Rd<br>Vernonia, OR 97064<br>(916) 244-1124 | **Covered workers compensation claim** | | **57,132.53** |
| **Mark A Johnson**<br>1705 Hartford Dr<br>Forest Grove, OR 97116 | **Jim Elledge, Bickmore Risk Services**<br>Mark A Johnson<br>1705 Hartford Dr<br>Forest Grove, OR 97116<br>(916) 244-1124 | **Covered workers compensation claim** | | **55,236.99** |
| **Stephen A Dowler**<br>342 SW Ewen St<br>Prineville, OR 97754 | **Jim Elledge, Bickmore Risk Services**<br>Stephen A Dowler<br>342 SW Ewen St<br>Prineville, OR 97754<br>(916) 244-1124 | **Covered workers compensation claim** | | **52,061.48** |
| **Guadalupe Carlos**<br>3841 Virginia Ave<br>Springfield, OR 97478 | **Jim Elledge, Bickmore Risk Services**<br>Guadalupe Carlos<br>3841 Virginia Ave<br>Springfield, OR 97478<br>(916) 244-1124 | **Covered workers compensation claim** | | **50,830.27** |
| **Juan Villa**<br>2119 Fisher Rd NE<br>Salem, OR 97305 | **Jim Elledge, Bickmore Risk Services**<br>Juan Villa<br>2119 Fisher Rd NE<br>Salem, OR 97305<br>(916) 244-1124 | **Covered workers compensation claim** | | **48,175.21** |
| **J Michael Doud**<br>POB 1958<br>Clackamas, OR 97015 | **Jim Elledge, Bickmore Risk Services**<br>J Michael Doud<br>POB 1958<br>Clackamas, OR 97015<br>(916) 244-1124 | **Covered workers compensation claim** | | **46,837.06** |
| **Brian Jerger**<br>19424 SE Bornstedt Rd<br>Sandy, OR 97055 | **Jim Elledge, Bickmore Risk Services**<br>Brian Jerger<br>19424 SE Bornstedt Rd<br>Sandy, OR 97055<br>(916) 244-1124 | **Covered workers compensation claim** | | **44,296.59** |
| **Laporte & Associates Inc**<br>5515 SE Milwaukie Ave<br>Portland, OR 97202 | **Laporte & Associates Inc**<br>5515 SE Milwaukie Ave<br>Portland, OR 97202<br>(503) 239-4116 | **Estimated commission royalty - insurance services** | | **40,073.19** |

B4 (Official Form 4) (12/07) - Cont.

In re **Oregon Contractors Workers Compensation Trust, Inc.**        Case No. _____
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Paul L Gantz<br>POB 143<br>Springfield, OR 97477 | Jim Elledge, Bickmore Risk Services<br>Paul L Gantz<br>POB 143<br>Springfield, OR 97477<br>(916) 244-1124 | Covered workers compensation claim | | 36,946.81 |
| Rod Newcomb<br>2121 NE 3rd St #12E<br>Prineville, OR 97754 | Jim Elledge, Bickmore Risk Services<br>Rod Newcomb<br>2121 NE 3rd St #12E<br>Prineville, OR 97754<br>(916) 244-1124 | Covered workers compensation claim | | 35,955.80 |
| Duane F Crass<br>2608 Donegal<br>Eugene, OR 97404 | Jim Elledge, Bickmore Risk Services<br>Duane F Crass<br>2608 Donegal<br>Eugene, OR 97404<br>(916) 244-1124 | Covered workers compensation claim | | 35,742.41 |
| Mario Benitez<br>126 NW B St<br>Madras, OR 97741 | Jim Elledge, Bickmore Risk Services<br>Mario Benitez<br>126 NW B St<br>Madras, OR 97741<br>(916) 244-1124 | Covered workers compensation claim | | 35,644.91 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Board President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 3, 2011**           Signature  **/s/ Rob Yorke**
                                               **Rob Yorke**
                                               **Board President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:   (503) 972-3713
    E-Mail:      al.kennedy@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
    Direct Dial:  (503) 802-2169
    Facsimile:   (503) 972-3869
    E-Mail:      michael.fletcher@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

      Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| OREGON CONTRACTORS WORKERS' COMPENSATION TRUST, INC.,<br><br>Debtor. | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |

    I hereby certify that I served (1) a copy of the **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS,** (2) address mailing labels for the debtor, debtor's attorney, and a contact person for each creditor on the List, and (3) this Certificate of Service on the U.S. Trustee at 620 S.W. Main Street, Room 213, Portland, OR 97205 by hand delivering a copy thereof in a sealed, first-class postage prepaid envelope on the date set forth below.

    DATED this 3rd day of January, 2011.

                    TONKON TORP LLP


                    By */s/ Michael W. Fletcher*
                       Albert N. Kennedy, OSB No. 821429
                       Michael W. Fletcher, OSB No. 010448
                       Attorneys for Debtor

035636/00001/2644902v1

**Page 1 of 1** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE